UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EVEN ST. PRODUCTIONS, LTD., <br><br> PLAINTIFF, <br><br> – AGAINST – <br><br> SHUKAT ARROW HAFER & WEBER, LLP, <br><br> DEFENDANT. | Civil Action No. <br> 05-CV-3834 (DAB) <br><br> **STIPULATION <br> OF DISMISSAL <br> <u>WITH PREJUDICE</u>** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys for all parties that the above-captioned case, including all claims and causes of action, is dismissed with prejudice and without costs pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Date: New York, New York
      January 26, 2010

**COGGAN & TARLOW**
Attorneys for Even St. Productions, Ltd.

By:_____
Jay M. Coggan, Esq. (JC-7808)
1925 Century Park East, Suite 2320
Los Angeles, California 90067
(310) 407-0922

**CAPUDER FAZIO GIACOIA LLP**
Attorneys for
Shukat Arrow Hafer & Weber LLP

By:_____
Douglas Capuder (DC-1792)
90 Broad Street
New York, New York 10004-2627
(212) 509-9595